United States District Court
Southern District of Texas

**ENTERED**

May 23, 2025

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Eric Springstun<br>*Plaintiff*, | § § § | |
| v. | § § | Civil Action H-24-4044 |
| American International<br>Group, Inc.<br>*Defendant*. | § § § § | |

## ORDER OF ADOPTION

On May 2, 2025, Magistrate Judge Peter Bray recommended that the Court grant Defendant American International Group, Inc.'s (AIG) motion to dismiss and deny Plaintiff Eric Springstun's motions to remand. ECF No. 35. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. On May 8, 2025, Springstun filed objections. ECF No. 37.

The Court has carefully considered *de novo* those portions of the memorandum and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error.  The Court finds no error in law or fact. The Court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

It is **ORDERED** that Defendant, American International Group, Inc.'s Motion to Dismiss is **GRANTED**, ECF No. 4, and Plaintiff, Eric Springstun's Motions to Remand are **DENIED**.  ECF No. 7 and 14.

It is further **ORDERED** that Springstun's  Motion to Reconsider Denial of E-Filing Privileges is **DENIED as MOOT**.  ECF No. 36.

This case is **DISMISSED WITH PREJUDICE**.

Signed at Houston, Texas, on May __**23**__, 2025.

_____
Sim Lake
Senior United States District Judge